IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES HARPER,                                                            CV. 05-732-MA

        Petitioner,                                  O R D E R

   v.

CHARLES A. DANIELS, Warden,
FCI Sheridan,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#45) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 7__ day of November, 2007.


                                                /s/ Malcolm F. Marsh
                                                Malcolm F. Marsh
                                                United States District Judge